

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–09–M–DLC–2 |
| Plaintiff, | |
| vs. | ORDER |
| IRVING HERNANDEZ-LOPEZ, | |
| Defendant. | |

THIS matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 853.

2. A Preliminary Order of Forfeiture was entered on June 23, 2017. (Doc. 86.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 94.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The Motion for Final Order of Forfeiture (Doc. 98) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- $2,413.00 in United States Currency, and

- A Rossi .357 Magnum Revolver, Serial Number G0762654.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 30th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court