IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
NOV 07 2017
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IRVING HERNANDEZ-LOPEZ,<br><br>Defendant. | CR 17–09–M–DLC<br><br><br>ORDER |

Defendant Irving Hernandez-Lopez having filed a Motion to Approve

Excess Funds of Up to $2,500.00 on November 3, 2017.

IT IS ORDERED that Defendant's Motion to Approve Excess Funds of Up

to $2,500.00 (Doc. 132) is GRANTED. Defendant is authorized to expend funds

of $910.00, exclusive of reimbursement for expenses reasonably incurred, to

compensate an interpreter in the above matter.

DATED this 7ᵗʰ day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court

-1-